US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 30 2021

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 2:21-CR-20011-001 |
| v. | ) | |
| | ) | Violations: |
| JOSHUA WOOD, | ) | 26 U.S.C. § 7201 – Income Tax Evasion |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

At all times relevant to this Indictment:

### INTRODUCTION

1. Defendant Joshua Wood (Wood) was a United States citizen and a married individual residing in Alma, Arkansas, in the Western District of Arkansas.

2. Wood was employed primarily in the sale of recreational vehicles (RV) and automobiles.

3. The Internal Revenue Service (IRS) was an agency of the United States Department of the Treasury responsible for administering and enforcing the tax laws of the United States and collecting taxes owed to the United States.

4. During the years listed below, Wood earned the following amounts of gross income and had minimal amounts of federal income tax withheld by his employer, Company A:

| Year | Gross Income | Federal Income Tax Withheld |
|---|---|---|
| 2014 | $99,296 | $3,564 |
| 2015 | $158,505 | $64 |
| 2016 | $19,506 | $8 |

During 2016, Wood earned the following amounts of gross income and had minimal amounts of federal income tax withheld by the employers listed below:

| Employer | Gross Income | Federal Income Tax Withheld |
|---|---|---|
| Company B | $11,195 | $0 |
| Company C | $27,758 | $250 |
| Company D | $13,765 | $0 |
| Company E | $4,074 | $727 |

5. An Employee's Withholding Allowance Certificate, Form W-4 (Form W-4), is a form that an employee submits to their employer in order to withhold a specific amount of federal income tax from the employee's pay. It is signed by the employee under penalties of perjury.

6. In order to properly claim exemption from income tax withholding, an individual must have owed no federal tax in the year before filing the Form W-4, and must not anticipate owing any federal tax in the current year of filing the Form W-4.

7. The Internal Revenue Code (Title 26 of the United States Code) requires employers to withhold employees' shares of Federal Insurance Contribution Act taxes ("FICA" or social security taxes) and income taxes from the salaries of their employees, and to pay the withheld amounts to the United States.

8. During 2014 through 2016 Wood instructed the controller at Company A, to not withhold any federal income taxes from his paychecks. Because the payroll system utilized by Company A required some amount to be withheld for federal taxes, the controller input $1 into the system for withholding from Wood's paychecks.

...
...
...

9. During 2016, Wood prepared and filed and caused to be prepared and filed a false Form W-4 with his employer, Company B, fraudulently claiming that he was "exempt" from Federal income tax withholding.

10. During 2016, Wood prepared and filed and caused to be prepared and filed a false Form W-4 with his employer, Company C, fraudulently claiming that he was "exempt" from Federal income tax withholding.

11. During 2016, Wood prepared and filed and caused to be prepared and filed a false Form W-4 with his employer, Company D, fraudulently claiming that he was "exempt" from Federal income tax withholding.

12. During 2016, Wood prepared and filed and caused to be prepared and filed a false Form W-4 with his employer, Company E, fraudulently claiming that he was "exempt" from Federal income tax withholding.

13. Wood failed to file U.S. Individual Income Tax Returns, Forms 1040 for tax years 2014, 2015 and 2016.

14. On or about November 28, 2018, agents of IRS Criminal Investigation (IRS-CI) questioned Wood regarding his failures to file tax returns and forms W-4 claiming exempt status. During this interview, Wood made false statements to the special agents including, but not limited to, that he did not file because he was a wounded Navy veteran who suffered from Post-Traumatic Stress Disorder. Wood further claimed that he had tax returns prepared by a CPA known to the grand jury as S.L. and had paid S.L. for their services. IRS-CI interviewed S.L. who stated they never did any tax work for Wood. S.L. further stated they never received payments from Wood nor received any tax documents from Wood.

## COUNT ONE

### Income Tax Evasion
### (26 U.S.C. § 7201)

15. Paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference as if set out fully herein.

16. During the calendar year 2014, Defendant JOSHUA WOOD, a resident of Alma, Arkansas, received taxable income of approximately $151,065, upon which there was substantial amount of income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2015, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, Defendant JOSHUA WOOD, from on or about January 1, 2014 through in or about November 2018, in the Western District of Arkansas and elsewhere, willfully attempted to evade and defeat the assessment of income taxes due and owing by him to the United States of America, for the calendar year 2014, by committing the following affirmative acts, among others:

    a) instructing his employer not to withhold federal income taxes from his wages; and,

    b) making false statements to IRS-CI.

In violation of Title 26, United States Code, Section 7201.

## COUNT TWO

Income Tax Evasion
(26 U.S.C. § 7201)

17. Paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference as if set out fully herein.

18. During the calendar year 2015, Defendant JOSHUA WOOD, a resident of Alma, Arkansas, received taxable income of approximately $164,791, upon which there was substantial amount of income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 18, 2016, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, Defendant JOSHUA WOOD, from on or about January 1, 2015 through on or about November 2018, in the Western District of Arkansas and elsewhere, willfully attempted to evade and defeat the assessment of income taxes due and owing by him to the United States of America, for the calendar year 2015, by committing the following affirmative acts, among others:

a) instructing his employer's payroll personnel not to withhold federal income taxes from his wages; and,

b) making false statements to IRS-CI.

In violation of Title 26, United States Code, Section 7201.

## COUNT THREE

### Income Tax Evasion
### (26 U.S.C. § 7201)

19. Paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference as if set out fully herein.

20. During the calendar year 2016, Defendant JOSHUA WOOD, a resident of Alma, Arkansas, received taxable income of approximately $62,720, upon which there was substantial amount of income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 18, 2017, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, Defendant JOSHUA WOOD, from on or about January 1, 2016 through on or about November 2018, in the Western District of Arkansas and elsewhere, willfully attempted to evade and defeat the assessment of income taxes due and owing by him to the United States of America, for the calendar year 2016, by committing the following affirmative acts, among others:

a) instructing his employer not to withhold federal income taxes from his wages;

b) preparing and filing and causing to be prepared and filed false and fraudulent Forms W-4 with his employers in which he falsely claimed he was "exempt" from all tax and withholdings, and,

c) making false statements to IRS-CI.

In violation of Title 26, United States Code, Section 7201.

A TRUE BILL

*/s/ Grand Jury Foreperson*
FOREPERSON

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY
WESTERN DISTRICT OF ARKANSAS

_____
ROBERT A. KEMINS
Massachusetts Bar No. 267330
Trial Attorney
U.S. Dept. of Justice, Tax Division
717 N. Harwood, Ste. # 400
Dallas, TX 75201
(214) 880-9781
Robert.A.Kemins@usdoj.gov