UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                              CASE NO. 2:21-CR-20011-001

JOSHUA WOOD                                                                       DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 26) entered in this case and accepts Defendant's plea of guilty to Count 2 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this January 6, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE